# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE A. TOLIVER,
                    Appellant,
          vs.
CLARK COUNTY SCHOOL DISTRICT,
                    Respondent.

No. 83513

FILED

SEP 3 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "final judgment in case number A-764272 from the supreme court of Nevada on 3/31/2020." Eighth Judicial District Court, Clark County; Carli Lynn Kierny, Judge.

According to the district court docket entries transmitted to this court pursuant to NRAP 3(g), appellant appealed from the dismissal of his complaint in 2019. The matter was assigned to the court of appeals, and the court entered an order of affirmance on March 30, 2020. *Toliver v. Clark Cty. School Dist.*, Docket No. 78683-COA (Order of Affirmance, March 30, 2020). The remittitur issued on April 24, 2020. No further activity has taken place in the district court since then. Appellant fails to identify any appealable order. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                              Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-28124

cc:   Hon. Carli Lynn Kierny, District Judge
George A. Toliver
Clark County School District Office of The General Counsel
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A